

**MYERS WOLIN, LLC**
ATTORNEYS AT LAW
100 S. JEFFERSON ROAD
SUITE 202
WHIPPANY, NY 07981
(PH) 973-828-1284
(FAX) 866-864-3947

MICHAEL F. SARNEY
DIRECT DIAL: 973-828-1289
michael.sarney@myerswolin.com

April 1, 2021

*Via ECF*

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

> The application is GRANTED in part.  The initial pre-trial conference scheduled for April 22, 2021, is **adjourned** to **May 13, 2021, at 11:00 a.m.**, on the following conference call line:  888-363-4749, access code 558-3333.  The time of the conference is approximate but the parties shall be ready to proceed by that time.  The parties are reminded that their joint letter and proposed case management plan are due **seven days** before the conference. No further extensions will be granted absent extraordinary circumstances, which do not include settlement discussions.
>
> SO ORDERED
>
> Dated:  April 2, 2021
>         New York, New York
>
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re:   **Bitro Group Inc. v. Leviton Manufacturing Co. Inc.**
       Case No. 21-CV-1510 (LGS)

Dear Judge Schofield:

We are counsel for plaintiff Bitro Group Inc. in the above-referenced action.  We write to request an adjournment of the conference scheduled for April 22, 2021 at 11:00 am, and the related deadline to submit a joint letter, pursuant to the Order, entered by the Court on March 11, 2021 (Doc 9).  This is the first request for an adjournment of this conference.  Plaintiff and Defendant Leviton Manufacturing Co. Inc. have been engaged in direct settlement negotiations.  Consequently, plaintiff has not yet served Defendant with the Summons and Complaint, and Defendant has not yet retained outside counsel.  Kimberly Hoffman, Esq, in-house counsel for Defendant, has consented to this request for an adjournment.  The parties are hopeful that their settlement discussions will lead to a resolution of this action without the need for further legal proceedings, and the expenses related thereto, and on that basis respectfully request a sixty-day adjournment of the conference with the Court, until June 22, 2021.

Respectfully,

/s/Michael Sarney
Michael F. Sarney



Hon. Lorna G. Schofield
U.S. District Judge
April 1, 2021
Page 2

cc: Kimberly Hoffman, Esq.
Senior Counsel – IP & Corporate
Leviton Manufacturing Co., Inc.
KHoffman@leviton.com